IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES DEAN**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:22-CV-00810-BSM**

**HOOVER TREATED WOOD PRODUCTS, INC.**                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice

IT IS SO ORDERED this 7th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE